■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW YOUNG, Appellant. [613 NYS2d 34] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered July 25, 1991, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The circumstances of this case do not warrant the reduction of the defendant's sentence in the interest of justice *(see, People v Suitte,* 90 AD2d 80; CPL 470.15 [6]). The defendant brutally hit the victim several times on the head with a baseball bat causing the victim to suffer permanent brain damage.

The defendant's remaining contentions are unpreserved for appellate review *(see,* CPL 470.05 [2]), and we decline to reach them in the exercise of our interest of justice jurisdiction *(see,* CPL 470.15 [6]). Copertino, J. P., Santucci, Friedmann and Goldstein, JJ., concur.